IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| RICARDO ISLAND, <br> JUANITA RUPPELT, <br> and PHILIP RUPPELT, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH TEXAS STATE HOSPITAL <br> and DR. RUGGLES, <br><br> Defendants. | §§§§§§§§§§§§ | Civil Action No. 7:23-cv-118-O |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and decisions duly rendered,

It is **ORDERED**, **ADJUDGED** and **DECREED** that the complaint be, and it is hereby, **DISMISSED** without prejudice pursuant to Rule 4(m), Federal Rules of Civil Procedure as to Defendant Ruggles, and pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction as to Defendant North Texas State Hospital along with any claims against the Texas Health and Human Services Commission.

**SIGNED** this **1st day** of **October, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE